To: United States District
Middle District of Florida Orlando Division

FILED
2021 JAN -6 PM 2:22
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Comes now the Petitioner Hector Nuñez X91637 Pro-se requesting the Federal court to make the state of Florida department of corrections to give the petitioner his state gain time. Florida Law states all inmates/prisoners are to do 85% of there sentences. Wether a person is being held in County Jail or in Prison. There have been several inmates waiting to go to prison, who sat in Osceola County Jail 100% of there time and was wrong-fully Denied their 85%, all because, transportation to DOC is backed up Do to Covid-19, the petitioner is asking the federal court to make the department of corrections give all inmates waiting for transport there EOS out date, with there 85% figured in. That way the County can release them. There is a similar case Pending as in Pursuant to (case= NO:6:20-cu-2302-orl)-18LRH David B Sullivan V. Secretary (Department of Corrections) Please help me with this matters.

Sincerely
Hector Nuñez X91637
[signature]
12/31/20
402 Simpson Road
Kiss, Fl. 34744